LITTON SYSTEMS, INC., et
al., Plaintiffs,

v.

AMERICAN TELEPHONE AND
TELEGRAPH COMPANY, et
al., Defendants.

NEW YORK TELEPHONE COMPANY,
et al., Counterclaimants,

v.

LITTON SYSTEMS, INC., et al.,
Counterdefendants.

LITTON SYSTEMS, INC., Plaintiff,

v.

SOUTHWESTERN BELL TELEPHONE
COMPANY, Defendant.

Nos. 76 Civ. 2512(WCC), 77
Civ. 3720(WCC).

United States District Court,
S. D. New York.

Sept. 28, 1981.

Howrey & Simon, Washington, D. C.,
Peter E. Fleming, Jr., Curtis, Mallet-Prevost, Colt & Mosle, New York City, for
plaintiffs-counterdefendants; William Simon, John W. Nields, Jr., Washington, D.
C., of counsel.

Dewey, Ballantine, Bushby, Palmer &
Wood, New York City, for defendants-counterclaimants; Leonard Joseph, Harvey
Kurzweil, J. Paul McGrath, Peter H.
Jacoby, New York City, of counsel.

OPINION AND ORDER

CONNER, District Judge:

Defendants have moved for judgment
notwithstanding the jury verdict rendered
June 29, 1981 and the Court has fully considered the extensive memoranda filed by
the parties in support of and in opposition
to the motion. Substantially all of the
points now urged by defendants were raised
and argued on the same grounds before
and/or during the trial. Upon reconsideration, the Court reaffirms its previous rulings on each of these points. Even if some
of the rulings were incorrect, it appears
unlikely that they affected the jury's verdict. Because the Court's reasons for each
of the challenged rulings were adequately,
albeit generally informally, expressed, no
further discussion appears warranted at
this time.

The motion is denied.

SUPPLEMENTAL ORDER

Supplementing the Court's Order dated
September 28, 1981, denying defendants'
motion for judgment notwithstanding the
jury verdict rendered June 29, 1981, the
Court also denies, *nunc pro tunc*, defendants' alternative motion for a new trial.

SO ORDERED.